# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS J. ROMANO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NEVADA DIVISION OF WATER RESOURCES,<br><br>　　　　Defendant. | 3:16-cv-00204-RCJ-WGC<br><br>**ORDER** |

This case arises out of a water rights dispute. Pending before the Court is a Motion to Reconsider and Clarify (ECF No. 24).

## I.　FACTS AND PROCEDURAL HISTORY

Plaintiff Thomas Romano alleges Defendant Nevada Division of Water Resources has improperly refused to recognize his right to use 82.62 acre feet of water to benefit certain land. Plaintiff appears to allege that the prior owner quitclaimed the water rights to him in 2010, but Defendant is allegedly of the position that it cancelled the rights in 2004 such that the thing quitclaimed was of no value. Plaintiff sued Defendant *in pro se* in this Court. Defendant has answered. Plaintiff asked the Court to strike Defendant's affirmative defenses and to sanction Defendant for asserting them. The Court denied those motions and struck Plaintiff's Reply to the Answer, which was filed without leave. Plaintiff has appealed that order and has also asked the Court to reconsider or clarify it.

## II.  DISCUSSION

Plaintiff complains that the Court did not address each of his legal arguments in turn with respect to his previous motion to strike certain affirmative defenses.  The Court denies the motion as moot because it contemporaneously grants Defendant's motion to amend the Answer.  For the parties' benefit going forward, the Court notes that it has ruled before that affirmative defenses must be sufficiently identified as to the legal theory at issue but needn't contain factual allegations. *See Rockwell Automation, Inc. v. Beckhoff Automation, LLC*, 23 F. Supp. 3d 1236, 1241–42 (D. Nev. 2014) (citing *Tyco Fire Prods. LP v. Victaulic Co.*, 777 F. Supp. 2d 893, 900 (E.D. Pa. 2011)).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider and Clarify (ECF No. 24) is DENIED as moot.

IT IS FURTHER ORDERED that the Motion for Leave to File Amended Answer (ECF No. 19) is GRANTED.

IT IS SO ORDERED.

Dated this  24th day of August, 2016.

_____
ROBERT C. JONES
United States District Judge