# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS J. ROMANO, | 3:16-cv-00204-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 4, 2018 |
| NEVADA DIVISION OF WATER RESOURCES, | |
| Defendant. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Corrected Motion for Enlargement of Time to File Dispositive Motion (ECF No. 43). Defendant requests an enlargement of time from January 5, 2018, to January 19, 2018, to file its dispositive motion.

Defendant's Corrected Motion for Enlargement of Time to File Dispositive Motion (ECF No. 43) is **GRANTED**. The dispositive motion deadline is extended to and including **January 19, 2018**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
   Deputy Clerk