ADAM PAUL LAXALT
Attorney General
JUSTINA A. CAVIGLIA
Senior Deputy Attorney General
Nevada Bar No. 9999
100 North Carson Street
Carson City, Nevada 89701-4717
Tele: (775) 684-1222
Fax: (775) 684-1108
Email: jcaviglia@ag.nv.gov
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS J. ROMANO,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA DIVISION OF WATER RESOURCES,<br><br>    Defendant. | Case No. 3:16-cv-00204-RCJ-WGC<br><br>**ORDER GRANTING**<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT** |

    The State of Nevada, by and through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, hereby notifies the Court and respective parties to this action that Senior Deputy Attorney General JUSTINA A. CAVIGLIA has assumed responsibility for representing the interests of the Defendant, Jason King, P.E., the State Engineer, in his capacity as the Nevada State Engineer, Department of Conservation and Natural Resources, Division of Water Resources (hereafter "State Engineer"), in the above-entitled action.

    Senior Deputy Attorney General Micheline N. Fairbank has left the office of the Attorney General and is no longer responsible for the handling of this case and should be removed from this Court's docket as counsel of record and removed from electronic notices for this case.

/ / /

Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717

1  Due to this change, it is further requested that all future pleadings be served upon
2  and any contact by Court personnel or parties to the above-entitled action be directed to
3  Senior Deputy Attorney General JUSTINA A. CAVIGLIA.

DATED this 12th day of April, 2018.

> ADAM PAUL LAXALT
> Attorney General
>
> By: /s/ Justina A. Caviglia
> JUSTINA A. CAVIGLIA
> Senior Deputy Attorney General

**IT IS SO ORDERED.**

DATED: April 16, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

-2-